◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia, Alexandria Division__

FILED MAILROOM
FEB - 4 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

J&J Sports Productions, Inc.,
a California Corporation,

V.

Ricos Tacos Moya Restaurant, Inc.,
t/a Ricos Tacos Moya II Restaurant, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:09CV1327

TO: (Name and address of Defendant)

Ricos Tacos Moya Restaurant, Inc., t/a Ricos Tacos Moya II Restaurant
Serve: Salvador Moya
Registered Agent for Ricos Tacos Moya Restaurant, Inc.
13948 Jefferson Davis Highway
Woodbridge, Virginia 22191

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hunter W. Jamerson (VSB #77639)
Bucci & Dix, LLC
The Fairfax Building at Johnston Willis
10710 Midlothian Turnpike, Suite 304
Richmond, VA 23235
T: (804) 332-5251
F: (804) 332-5297

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

CLERK

_(signature)_
(By) DEPUTY CLERK

DATE  January 20th, 2010

⚙AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02/02/10 | RECEIVED MAILROOM FEB - 4 2010 CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA |
| NAME OF SERVER (PRINT) W. T. Poindexter | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 13948 Jefferson Davis Hwy Woodbridge, VA. 22191

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/02/10
       Date

*Signature of Server*

The Marston Agency, Inc.
3152 Golansky Boulevard
Woodbridge, VA 22192
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5992-KL

# The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

01/27/10

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | J&J Sports Productions, Inc. | **Court:** | United States District Court |
| **Defendant:** | Ricos Tacos Moya Restaurant, Inc t/a Ricos Tacos Moya II Restaurant | **Case:** | 1:09CV1327 |
| **Serve:** | Ricos Tacos Moya Restaurant, Inc. t/a ricos Tacos Moya II Restaurant<br>Serve: Salvador Moya, Registered Agent<br>13948 Jefferson Davis Highway<br>Woodbridge, VA 22191 | **Return Date:**<br>**Time:** | |
| **Contact:** | Hunter W. Jamerson<br>10710 Midlothian Turnpike<br>Suite 304<br>Richmond, VA 23235 | **Phone:** | 8048973950 |

FILED MAILROOM FEB - 4 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

**Type(s) of Writ(s)**  paper:1119919

Summons in a Civil Action    Complaint

Witness/Defendant Ricos Tacos Moya Restaurant, Inc. t/a ricos Tacos Moya II Restaurant was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(✗) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _N. T. Pendleton_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 02/02/10        Served Time: 1444

_N. T. Pendleton_
Signature of Process Server

### Notary

State of: Virginia        County/City of: ~~Henrico, Norfolk~~, Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this __3__ day of ~~Jan~~/Feb/ 20_10_

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 190101 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | 02/02/10 | | | | | |
| Time: | 1253 | | | | | |

**REMARKS -** R/A not in - left msg - w/ wife to call me when he returns



Salvador Moya R/A