

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

02/24/10

-amended-

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | J&J Sports Productions, Inc. | **Court:** | United States District Court |
| **Defendant:** | Ricos Tacos Moya Restaurant, Inc t/a Ricos Tacos Moya II Restaurant | **Case:** | 1:09CV1327 |
| **Serve:** | Ricos Tacos Moya Restaurant, Inc. t/a ricos Tacos Moya II Restaurant<br>Serve: Salvador Moya, Registered Agent<br>13948 Jefferson Davis Highway<br>Woodbridge, VA 22191 | **Return Date:**<br>**Time:** | |
| **Contact:** | Hunter W. Jamerson<br>10710 Midlothian Turnpike<br>Suite 304<br>Richmond, VA 23235 | **Phone:** | 8048973950 |

FEB 2 5 2010

**Type(s) of Writ(s)**                                                                 paper:1119919
Summons in a Civil Action          Complaint

Witness/Defendant Ricos Tacos Moya Restaurant, Inc. t/a ricos Tacos Moya II Restaurant was served according to law, as indicated below:
(X) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Walter Poindexter_____hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:**    02/02/10                                    **Served Time:**    02:44 PM

*W. T. Poindexter*
Signature of Process Server

**Notary**
**State of:**    Virginia                                    **County/City of:**    ~~Henrico, Norfolk,~~ Prince William.
I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this  24  day of ~~Feb~~/Mar 20 10
                                                                                 Notary Public:    TMM

| Type of Service: A | Auth Attempts: 1 | Order: 190101 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | 02/02/10 | | | | | |
| Time: | 12:55 PM | | | | | |

**REMARKS** Salvador Moya-R/A - The R/A was not in on earlier attempt. On 2/24/2010 Mr. Jamerson called concerning the "type" of service made on the R/A. We inadvertently listed service as "business" and not "personal". Our server did get Personal service on the R/A Salvador Moya on the date and at the time listed on the return.



THERESE MARIE McCABE
NOTARY PUBLIC
REG # 7206105
MY COMMISSION EXPIRES 12/31/2012
COMMONWEALTH OF VIRGINIA