www.BucciDix.com



# Bucci & Dix

FEB 2 6 2010

Hunter W. Jamerson
Telephone: 804.897.3950
hjamerson@buccidix.com

February 24, 2010

Fernando Galindo, Clerk of Court
U.S.D.C., E.D.Va., Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

  Re: J&J Sports Productions, Inc. v. Ricos Tacos Moya Restaurant, Inc.
    t/a Ricos Tacos Moya II Restaurant et al.
    Case Number: 1:09cv1327

Dear Mr. Galindo:

  Please disregard my letter and additional summons submitted on February 11, 2010. After discussion with the Marston Agency I learned that process server inadvertently identified service as "Business" on the original return of service. In fact, the process server did achieve personal service on the registered agent on February 2, 2010. I have asked the process server to file an amended return on service clearly identifying "Personal Service" on Salvador Moya.

  Thank you for your assistance. Please call if you have any questions.

           Very truly yours,

           Hunter W. Jamerson

HWJ